**Kathleen SHANNON, Respondent,**

v.

**Randall TETZNER, Appellant.**

**No. WD 51722.**

Missouri Court of Appeals,
Western District.

Jan. 14, 1997.

Randall Tetzner, Riverside, Pro Se.

Nancy J. Melton, Independence, for respondent.

Before ULRICH, C.J., P.J., and SPINDEN and EDWIN H. SMITH, JJ.

## ORDER

PER CURIAM:

Appeal of the issuance of a full order of protection. The case lacks precedential value, and a memorandum is provided to the

parties discussing the court's rationale for its decision.

Appeal dismissed as moot. Rule 84.16(b).